UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60715-CIV-ZLOCH

ALVIN WRIGHT,

      Petitioner,

vs.                                                     **O R D E R**

WALTER A. MCNEIL,

      Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 12) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Petitioner Alvin Wright's Objections To Magistrate's Report (DE 13) be and the same is hereby **OVERRULED**;

    2. The Report Of Magistrate Judge (DE 12) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court; and

    3. Final Judgment will be entered by separate Order.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of March, 2009.

                                      /s/ William J. Zloch
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

See Attached Mailing List

ALVIN WRIGHT v. WALTER A. MCNEIL
CASE NO. 08-60715-CIV-ZLOCH


The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Alvin Wright, pro se
DC # 845201
Dade Correctional Institution
19000 SW 377th St.
Florida City, FL 33034-6499